In the Matter of IRVING GOLDMAN et al., Copartners under the Name of CIRCLE THEATRE TICKET SERVICE CO., Appellants, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.

Argued April 11, 1944; decided May 18, 1944.

*Oscar Levine* and *Alfred B. Leeds* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Richard L. Baltimore, Jr.,* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.